FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

RUSSELL GAITHER,
(Enter above the full name of the plaintiff in this action)

VS.

James Deal et al; Marty Allen;
Sheena Black; Aun't. Mr. Odgen.

(Enter above the full name of the defendant(s) in this action

CIVIL CASE NO. A20A0169.

1:20 CV 360

JUDGE THERE IS NO JUDGE ASSIGNED.
ONLY THE CLERK, STEPHEN E. CASTTON

COMPLAINT

JURY TRIAL DEMANDED

JUDGE BARKER

MAG. JUDGE BAUGHMAN

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☑ NO ☐

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs RUSSELL GAITHER.
   _____ N/A _____

   Defendants (1) WARDEN, JAMES DEAL; (2) SHEENA BLACK; (3) MR. ODGEN, (4) WARDEN MARTY ALLEN.

2. Court (if federal court, name the district; if state court, name the county)
   OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA STATESBORO DIVISION POST OFFICE BOX 8286 SAVANNAH, GA. 31412.
   COURT OF APPEALS OF GEORGIA 501/47 TRINITY AVE. ATL. GA. 30334.

3. Docket Number A20A0169 / A19D0468

4. Name of judge to whom case was assigned THERE IS NO JUDGE ASSIGNED IN THE COURT OF APPEALS OF GEORGIA. 501/47 TRINITY AVE. ATL. GA. 30354 ONLY THE CLERK, STEPHEN E. CASTTON IN ALL MATTERS.

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still Pending "SEE" EXHIBIT #: (1) Notice of Remittitur.

6. Approximate date of filing lawsuit August 12, 2019.

7. Approximate date of disposition October 4, 2019.

II. Place of Present Confinement Georgia State Prison Reidsville, Georgia 30453.

   A. Is there a prisoner grievance procedure in this institution?  YES ☑  NO ☐

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      YES ☑  NO ☑

   C. If your answer is YES,

      1. What steps did you take? Filed (2) Different Grievances; (1) was denied at all levels; (2) as of this date 11/19/19 I'm still being denied. Two more denied at all levels.

      2. What was the result? (1) was denied and the other one as of this date 11/19/19 still being denied in filing it by the Grievance Coordinator Tonesia Spells at this Georgia State Prison Reidsville, GA 30453. "SEE" Exhibit (1) Civil Rights Complaint Form.

   D. If your answer is NO, explain why not I'm being denied in filing (1) by the Grievance Coordinator Tonesia Spells at this Georgia State Prison Reidsville, Georgia 30453.

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
      YES ☑  NO ☐

   F. If your answer is YES,

      1. What steps did you take? Wrote to Georgia Department of Corrections Inmate Affairs Forsyth, Georgia 31029. No response.

      2. What was the result? No response.

N/A

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Russell Cottriller,

Address Georgia State Prison Reidsville, Georgia 30453

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant James Deal is employed as

Warden at Georgia State Prison Reidsville, GA. 30453.

C. Additional Defendants Sureka Black Record Officer at Georgia State Prison Reidsville, Georgia 30453. Mr. Odgen unit Counselor at this Georgia State Prison Reidsville, GA. 30453. Marty Allen, Warden at Georgia State Prison Reidsville, Georgia 30453.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

Plaintiff alleged denial of adequate supplies to pursue his legal claims. (1) James Deal is the Warden at this Georgia State Prison Reidsville, Georgia 30453. He is refusing to hold prisoners to rules and procedures not in inmate handbook. Defendant James Deal the Warden illegal actions, failing to correct the misconduct in the prison grievance procedures and encouraging the constitution violations and responsible for the operation of this Georgia State Prison, and for the welfare of all inmates. On 3/13/19 Plaintiff wrote to Defendant James Deal the Warden at this Georgia State Prison asking for help in trying to get adequate supplies (1) a week, and not only a month so he can write to the Courts, and all Superiors, without writing on the back sides of any legal documents or back sides of any used papers. As to this date 11/19/19 no response. "See" Exhibit (5) adequate legal supplies request form. On 3/28/19 filed all grievance at this Georgia State Prison trying to get adequate

(Statement of Claim Continued)

SUPPLIES TO PERSUE HIS LEGAL CLAIMS. IT WAS DENIED BY THE DEFENDANT JAMES DEAL THE WARDEN, AT THIS GEORGIA STATE PRISON AT ALL LEVELS; AND WAS DENIED TO APPEAL FURTHER BY THE GRIEVANCE COORDINATOR TUNISIA SPELLS AT THIS GEORGIA STATE PRISON. "SEE" EXHIBIT (6) GRIEVANCE

(2) DEFENDANT; MARTY ALLEN, THE WARDEN AT THIS GEORGIA STATE PRISON REIDSVILLE, GEORGIA 30453; ALSO REFUSING TO HOLD PRISONERS TO RULES AND PROCEDURES NOT IN INMATE HANDBOOK; HIS ILLEGAL ACTIONS FAILING TO CORRECT THE CONSTITUTION VIOLATION THROUGH THE PRISON GRIEVANCE PROCEDURE; HE IS RESPONSIBLE FOR THE OPERATION OF THIS GEORGIA STATE PRISON, AND FOR THE WELFARE OF ALL INMATES. ON 6/5/18 FILED MY GRIEVANCE AT THIS GEORGIA STATE PRISON IM TRYING TO GET ADEQUATE SUPPLIES ONCE A WEEK; AND NOT ONCE A MONTH; SO HE COULD PERSUE HIS LEGAL CLAIMS; AND NOT WRITTING TO THE COURT'S AND ALL SUPERIORS ON BACK SIDES OF ANY LEGAL DOCUMENTS OR BACK SIDES OF ANY USED PAPER. THE GRIEVANCE WAS DENIED BY DEFENDANT MARTY ALLEN THE WARDEN, AT THIS GEORGIA STATE PRISON; AND WAS DENIED IN FILING FURTHER BY THE GRIEVANCE COORDINATOR TUNISIA SPELLS AT THIS GEORGIA STATE PRISON. "SEE" EXHIBIT (2) AM BEING DENIED IN FILING THIS CIVIL ACTION IN THE SUPERIOR COURT OF TATTNALL COUNTY REIDSVILLE, GEORGIA, AND EXHIBIT (3) INMATE FORM FOR CIVIL ACTION; AND; EXHIBIT (1) NOTICE TO ALL INMATES FILING HABEAS CORPUS CASES, CIVIL CASES, OR ANY LEGAL DOCUMENTS IN THE SUPERIOR COURT OF TATTNALL COUNTY. THE DEFENDANT SHEENA BLACK THE RECORD OFFICIAL AT THIS GEORGIA STATE PRISON REFUSED TO GIVE PLAINTIFF THE TRUST FUND STATEMENT TO FILE IN FORMA PAUPERIS AS OF THIS DATE 11/19/19 STILL BEING REFUSED. "SEE" EXHIBIT (7) GRIEVANCE DENIED BY MARTY ALLEN THE WARDEN.

(3) THE DEFENDANT SHEENA BLACK, THE RECORD OFFICIAL AT THIS GEORGIA STATE PRISON REIDSVILLE, GEORGIA 30453 IS DENYING THE PLAINTIFF ADEQUATE SUPPLIES ONCE A WEEK AS REQUESTED AND GIVING ONCE A MONTH; TO PERSUE HIS LEGAL CLAIMS; BY ANSWERING TO THE COURT'S AND ALL OTHER SUPERIORS WRITTING ON BACK SIDES OF ANY LEGAL DOCUMENT; OR BACK SIDES OF ANY USED PAPER. THE DEFENDANT SHEENA BLACK THE RECORD OFFICIAL AT THIS GEORGIA STATE PRISON ALSO DENYING PLAINTIFF THE TRUST FUND STATEMENT TO FILE IN FORMA PAUPERIS. ON 7/23/19 PLAINTIFF FILED MY GRIEVANCE ON THE DEFENDANT SHEENA BLACK AT THIS GEORGIA STATE PRISON. ON 8/2/19 THE GRIEVANCE WAS RETURNED BACK TO PLAINTIFF STATING HE HAS (2) ACTIVE GRIEVANCES AT THE LOCAL LEVEL, AS OF THIS DATE 11/19/19 STILL BEING DENIED IN FILING THE GRIEVANCE; B/C THE GRIEVANCE COORDINATOR TUNISIA SPELLS, AT THIS GEORGIA STATE PRISON.

(4) THE DEFENDANT MR. ODGEN MY COUNSELOR AT THIS GEORGIA STATE PRISON REIDSVILLE, GEORGIA 30453; ARE DENYING PLAINTIFF ACCESS TO THE COURTS IN GIVING PLAINTIFF THE FORMS TO GET INDIGENT SUPPLIES; AND INDIGENT FORMS TO MAIL OUTGOING MAIL. ALL INMATE/PRISONERS ARE TOLD TO GET THE FORMS FROM THE COUNSELORS THAT WORK HERE AT THIS GEORGIA STATE PRISON; THEY ARE ALSO OTHER FORMS. ON 12/14/18 DEFENDANT MR. ODGEN THAT WORK HERE AT THIS GEORGIA STATE PRISON; CAME TO VISIT THE PLAINTIFF IN MEDICAL SEGREGATED LOCKDOWN TIER II PROGRAM. PLAINTIFF ASKED THE DEFENDANT FOR THE FORMS TO GET INDIGENT SUPPLIES; AND FORM TO MAIL OUT INDIGENT MAIL. I WAS TOLD HE WOULD MAIL THEM TO ME. ON 12/18/18 WROTE TO DEFENDANT MR. ODGEN AT THIS GEORGIA STATE PRISON STILL ASKING FOR THE FORMS SO I COULD GET INDIGENT SUPPLIES; AND SEND OUT INDIGENT MAIL OUT. ON 7/23/19 FILED MY GRIEVANCE "SEE" EXHIBIT (8) GRIEVANCE. IT WAS DENIED BY WARDEN MR. BOBBITT AT THIS GEORGIA STATE PRISON REIDSVILLE, GEORGIA 30453 AT ALL LEVELS AND WAS DENIED IN FILING FURTHER BY THE GRIEVANCE COORDINATOR TUNISIA SPELLS, AT THIS GEORGIA STATE PRISON. AS TO THIS DATE 11/19/19 STILL BEING DENIED BY DEFENDANT MR. ODGEN MY COUNSELOR WORK AT THIS GEORGIA STATE PRISON IN RECEIVING THE FORMS TO GET ADEQUATE

IV. (STATEMENT OF CLAIM CONTINUED)

SUPPLIES; AND TO MAIL OUTGOING MAIL. PLAINTIFF HAS COURT ORDER'S WITH DATES TO FILE CERTAIN MOTIONS. ON 9/5/19 THE PLAINTIFF RECEIVED THE GRIEVANCE BACK FROM THIS GEORGIA STATE PRISON GRIEVANCE OFFICE; IT WAS DENIED AT ALL LEVELS AS WELL, IT TOOK FORTY THREE (43) DAYS TO RECEIVED IT FROM FIRST BEING FILED. ON 9/19/19 THE PLAINTIFF APPEALED THE GRIEVANCE FURTHER AT THIS GEORGIA STATE PRISON REIDSVILLE, GEORGIA 30453 GRIEVANCE OFFICE; AS TO THIS DATE 11/19/19 NO RESPONSE.

(5) ALL THE DEFENDANT(S) WARDEN, JAMES DEAL; WARDEN, MARTY ALLEN; DEFENDANT SHEENA BLACK; AND DEFENDANT MR. ODGEN IS SUED INDIVIDUAL AND IN HIS/HER CAPACITY AT ALL TIMES MENTIONED IN THIS COMPLAINT.

(6) ALL THE DEFENDANT(S) WARDEN, JAMES DEAL; WARDEN, MARTY ALLEN; DEFENDANT SHEENA BLACK; AND DEFENDANT MR. ODGEN HAVE ACTED, AND CONTINUE TO ACT UNDER COLOR OF STATE LAW.

(7) THE ALLEGATIONS OF RESTRICTIONS ON LEGAL MATERIALS SUPPORTED WITH SPECIFIC FACTS INCLUDING EACH OF THE DEFENDANT(S) ACTIONS, THE CASE TO WHICH THE ACTIONS WERE RELATED, HOW THAT EFFECTED THE CASE, AND THE OUTCOME OF THE CASE.

(8) PLAINTIFF HAD/STILL HAS SUFFERING ARGUABLY ACTIONABLE HARM THAT HE WISH TO BRING BEFORE THE COURTS, BUT SO STYMIED BY INADEQUATE SUPPLIES HE WAS UNABLE TO EVEN FILE A COMPLAINT.

(9) THE UNAVAILABILITY OF PAPER AND ENVELOPES FOR DAYS OR WEEKS AT A TIME DENIED COURT ACCESS.

(10) THE PLAINTIFF HAS SHOW DEPRIVATION OF HIS CONSTITUTIONAL RIGHTS; IT CANNOT, HOWEVER BE READ TO GIVE OFFICIALS LICENSE TO THWART LITIGATION ONCE IT IS FILED; PRISON OFFICIALS MUST PROVIDE INDIGENT INMATES WITH BASIC CORRESPONDENCE SUPPLIES AND POSTAGE FOR LEGAL MAIL.

(11) UPON INFORMATION AND BELIEF SINCE THE FILING OF THIS COMPLAINT THE PLAINTIFF HAS LEARNED THAT COUNSELOR MS. HEARTMIER THAT WORK AT THIS GEORGIA STATE PRISON REIDSVILLE, GEORGIA 30453; AND COUNSELOR MR. BATEMAN THAT WORK AT THIS GEORGIA STATE PRISON REIDSVILLE, GEORGIA 30453 ARE DENYING HIM INDIGENT FORMS TO GET LEGAL SUPPLIES; AND INDIGENT FORMS TO MAIL OUTGOING MAIL; "SEE" THE PLAINTIFF ONLY COPY WROTE ON THE BACK SIDE OF ANY LEGAL DOCUMENT". "SEE" EXHIBIT (9).

(12). A PERSON CONVICTED BY A STATE IS ENTITLED TO THE SAME FAIR TRIAL AT YOUR HANDS AS IS ANY INDIVIDUAL. THE LAW IS NO MORE RESPECTFUL OF ONE PERSON THAN ANOTHER, AND ALL PERSONS, INCLUDING PRISONERS STAND EQUAL BEFORE THE LAW AND ARE TO BE DEALT WITH AS EQUALS IN A COURT OF JUSTICE.

(13) THE QUESTION PRESENTED IS OF GREAT PUBLIC IMPORTANCE BECAUSE IT AFFECTS THE OPERATIONS OF THE PRISON SYSTEMS IN ALL (50) STATES, THE DISTRICT OF COLUMBIA, AND HUNDREDS OF CITY AND COUNTY JAILS.

(14) THE DEFENDANT CARRIED OUT LAWFUL ACTIVITIES WITH UNNECESSARY HARSHNESS, OR ABUSED HIS/HER OFFICIAL POWER, OR TOOK UNFAIR ADVANTAGE OF THE PLAINTIFF.

(15) THIS IS A CIVIL RIGHTS ACTION UNDER 42 U.S.C. § 1983 BROUGHT BY A STATE PRISONER WHO ALLEGES THAT HE IS BEING DENIED ADEQUATE SUPPLIES TO PERSUE HIS LEGAL CLAIMS AT THIS GEORGIA STATE PRISON REIDSVILLE, GEORGIA 30453.

IV. (STATEMENT OF CLAIM CONTINUED)

(16) UPON INFORMATION AND BELIEF SINCE THE FILING OF THE COMPLAINT THE PLAINTIFF HAS LEARNED ON NOVEMBER 21, 2019 THAT COUNSELOR MS. PHILLIPS THAT WORK HERE AT THIS GEORGIA STATE PRISON REIDSVILLE, GEORGIA 30453 HAS BEEN SINCE OCTOBER OF 2019 SUPPLYING THE PLAINTIFF WITH INDIGENT FORMS TO GET INDIGENT SUPPLIES, AND INDIGENT FORMS TO MAIL OUT LEGAL MAIL AT THIS GEORGIA STATE PRISON NO ONE ELSE, OR THE PLAINTIFF DON'T KNOW ANY MORE COUNSELOR'S NAME TO WRITE TO ASKING FOR HELP IN RECEIVING THE INDIGENT FORMS. PLAINTIFF BELIEVE THAT MS. PHILLIPS THAT WORK HERE AT THIS GEORGIA STATE PRISON REIDSVILLE, GEORGIA 30453 ARE GOING TO DENY IN GIVING THE PLAINTIFF THE INDIGENT FORMS. "SEE" EXHIBIT (10) A STICK ON NOTE ON EXHIBIT (9).

(17) UPON INFORMATION AND BELIEF PLAINTIFF USE TO BE COUNSELOR MS. CHESTER THAT WORK HERE AT THIS GEORGIA STATE PRISON REIDSVILLE, GEORGIA 30453 ARE DENYING THE PLAINTIFF INDIGENT FORMS TO GET INDIGENT SUPPLIES AND INDIGENT FORMS TO MAIL OUTGOING MAIL'S AS WELL AS USE TO BE COUNSELOR MS. BURTON.

(18) THE INDIGENT FORMS TO GET INDIGENT SUPPLIES, AND THE INDIGENT FORMS TO MAIL OUTGOING MAIL HAS TO BE SENT TO THE DEFENDANT SHEILA BLACK, THE RECORD OFFICIAL THAT WORK IN THE BUSINESS OFFICE AT THIS GEORGIA STATE PRISON PRISON REIDSVILLE, GEORGIA 30453 FOR APPROVED.

(19) THE PLAINTIFF SINCE JUNE OF 2018 OR BEFORE HAS BEEN ASKING ALL THE DEFENDANT(S) IN EXHIBIT (2) INMATE FORM FOR CIVIL ACTIONS FOR HELP IN GETTING ADEQUATE SUPPLIES, AS HE WAS FILING LEGAL DOCUMENTS WITH THE COURT'S, AND ALL SUPERIORS WRITTING ON BACK SIDES OF ANY LEGAL DOCUMENT'S OR BACK SIDES OF ANY USED PAPER AS OF THIS DATE NOVEMBER 22, 2019 STILL WITHOUT ANY RESPONSE FROM THE COURT'S, AND ALL LISTED SUPERIORS IN THE EXHIBIT (2) INMATE FORM FOR CIVIL ACTION.

(20) THE EXHIBIT #(4) NOTICE OF ATTMITTER DATED OCTOBER 4, 2019 FROM OFFICE OF THE CLERK, COURT OF APPEAL OF GEORGIA 47 TRINITY AVENUE SUITE 501 ATLANTA, GEORGIA 30334 IS REFUSING THE PLAINTIFF ALL RESPONSE, THE CRY FOR HELP IN GETTING ADEQUATE SUPPLIES SO HE CAN PERSUE HIS LEGAL CLAIMS.

(21) THE PLAINTIFF ASK(S) THIS HONORABLE COURT / DISTRICT COURT FOR IMMEDIATELY 18 U.S.C. § 3626 INJUNCTIVE RELIEF SO HE CAN GET ADEQUATE SUPPLIES ONCE A WEEK FROM THE DEFENDANT SHEILA BLACK THE RECORD OFFICIAL THAT WORK IN THE BUSINESS OFFICE AT THIS GEORGIA STATE PRISON REIDSVILLE, GEORGIA 30453 SO HE CAN PERSUE HIS LEGAL CLAIMS; OR PLEASE SEND IMMEDIATELY THE FORM; OR FORMS FOR FILING TO OPEN PETITION.

(22) INDIGENT INMATES MUST BE PROVIDED AT STATE EXPENSE WITH PAPER AND PEN TO DRAFT LEGAL DOCUMENTS. THE PLAINTIFF IS SUFFERING ACTUAL INJURY BY BEING "FRUSTRATED" OR "IMPEDED" IN WRITTING TO THE COURTS, AND ALL SUPERIORS; AND.

(23) THE PLAINTIFF CASE APPEARS TO HAVE MERITS AND MOST OF THE AFOREMENTIONED FACTORS HAVE BEEN MET, COURTS SHOULD MAKE EVERY ATTEMPT TO OBTAIN COUNSEL.

(24) PERSONAL JURISDICTION THIS COURTS' POWER TO HEAR A CASE AGAINST PARTICULAR PARTIES (E.G., TO MAKE A CITIZEN OF ONE STATE DEFEND A LAWSUIT BROUGHT IN THE COURTS, OF ANOTHER STATE.

(25) CHANGE OF VENUE IS AT ISSUE, VENUE IS MORE APPROPRIATE IN ANOTHER DISTRICT.

- 5 -

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

(1) The Plaintiff asks for a jury trial demanded.

(2) The Plaintiff asks this Honorable Court to issue an immediately and just order so he can received adequate supplies once a week, and not once a month so he can pursue his legal claims; other than responding to this court's and all superiors; as well as family member writting on the back sides of any legal documents or back sides of any used paper.

(3) Award compensatory damages / punitive damages in the amount to all defendants equal $40,000.00 ... and;

(4) Commit such other relief as it may appear that the Plaintiff is entitled.

(5) In this case the grant of relief will serve the public interest for prison officials to obey the law, especially the Constitution.

(6) Respect for law, particularly by officials responsible for the administration of the State's correctional system is itself a matter of the highest public interest. The Constitution is the ultimate expression of the public interest.

(7) Plaintiff asks trial judge to prevent argument of matters not in evidence.

Signed this 4 day of December, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

12/4/19
(Date)

Russell Gaither
(Signature of Plaintiff)